**DISMISS and Opinion Filed November 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01054-CV

### ANTONIO CABALLERO, Appellant
### V.
### WILMINGTON SAVINGS FUND SOCIETY, FSB, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04357**

# MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Reichek

The clerk's record in this case is overdue. By letter dated October 8, 2019, we informed appellant that the Dallas County District Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


                                        /Amanda L. Reichek/
                                        AMANDA L. REICHEK
                                        JUSTICE

191054F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANTONIO CABALLERO, Appellant

No. 05-19-01054-CV     V.

WILMINGTON SAVINGS FUND
SOCIETY, FSB, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-04357.
Opinion delivered by Justice Reichek.
Justices Pedersen, III and Carlyle
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WILMINGTON SAVINGS FUND SOCIETY, FSB recover its costs of this appeal from appellant ANTONIO CABALLERO.

Judgment entered November 6, 2019